| Notes Color Key: | Private | Court | Docket Sheet |

[Print]

Case: 201441484 - 7   Status: Active - Civil Court: 334 File Dt: 7/19/2014
Type: FRAUD
Style: WORLD LAW PROCESSING LLC vs WEAVER, MARGARET L (LYNNE)

**Docket Sheet Entries** [Add] [Save/Group]

Total Items: 0                                    Note Type Filter:

| Active | Posting Date | Comments | Last Mod User | History | Group |
|---|---|---|---|---|---|
| | | No Items Found | | | |
| | | 1 | | | |

**Trial Settings** [Add]

| Active | Signed Date | Comments | Last Mod User | History | Group |
|---|---|---|---|---|---|
| | | No Items Found | | | |
| | | 1 | | | |

Exhibit 1A



STATE OF TEXAS
COUNTY OF HARRIS

I, Chris Daniel, District Clerk of Harris County, Texas, certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

_____ Deputy