7/19/2014 4:47:47 PM
Chris Daniel - District Clerk Harris County
Envelope No. 1881690
By: Sherryl Dewalt

2014-41484 / Court: 334

CAUSE NO. _____

| | |
|---|---|
| WORLD LAW PROCESSING, LLC and ORION PROCESSING, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>MARGARET L. (LYNNE) WEAVER, an individual,<br><br>Defendant. | IN THE DISTRICT COURT OF<br><br>HARRIS COUNTY, TEXAS<br><br>_____ JUDICIAL DISTRICT |

## ORIGINAL PETITION

**COME NOW,** Plaintiffs, World Law Processing, LLC and Orion Processing, LLC ("Plaintiffs") file their Original Petition and hereby allege as follows:

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff World Law Processing, LLC ("Plaintiff") is a Delaware entity with a principal place of business located in Houston, Texas.

2. Plaintiff Orion Processing, LLC ("Plaintiff") is a duly registered Texas entity.

3. Defendant Margaret L. (Lynne) Weaver ("Defendant"), an individual, is a North Carolina licensed attorney who purports to do business and act in her professional capacity in and within the State of Texas. Defendant may be served at 114 W. Edenton Street, Raleigh, NC 27603 or wherever she may be found.

4. Jurisdiction and venue in this Court are proper.

### FACTUAL BACKGROUND

5. Defendant is employed as Assistant Attorney General in the North Carolina Department of Justice, located in Raleigh, North Carolina.

---
PLAINTIFFS' ORIGINAL PETITION

Exhibit 1C

6. In 2014, Defendant issued and served multiple subpoenas in the State of Texas, without a license to practice law in Texas. Said subpoenas were issued on official forms of the State of North Carolina, and under a cover letter on the stationery of the North Carolina Attorney General. The improper subpoenas issued by Defendant ordered various Texas businesses, including but not limited to United Parcel Service (UPS), to deliver information in their files regarding Orion Processing, LLC, a Texas limited liability company, also one of Plaintiff World Law Processing's customers.

7. Under Rule 176.4 of the Texas Rules of Civil Procedure, a subpoena may be issued by (a) the clerk of the appropriate district, county, or justice court, (b) an attorney licensed to practice in the State of Texas, or (c) an officer authorized to take depositions in Texas. Defendant falls within none of the three categories listed above.

8. Defendant's actions constitute unauthorized practice of law in the State of Texas. Furthermore, Defendant violated Texas Penal Code Sec. 37.11 by impersonating as an officer of the court.

## FIRST CAUSE OF ACTION

(Fraud)

9. Paragraphs 1-6 are incorporated herein by reference.

10. Defendant made material representations to the general public, and thereby to Plaintiff's clients and customers, that the North Carolina subpoenas that Defendant issued were lawfully issued, and were valid and effective, and compelled the parties served with such subpoenas to comply and produce to Defendant the documents requested therein.

11. The material representations were false when they were made by Defendant;

12. Defendant knew that the material representations were false, or made the material representations recklessly without any knowledge of the truth and as a positive assertion.

13. Defendant made the material representations with the intent that they should be acted upon by the persons to whom Defendants made the representations.

14. The persons to whom the material representations were made acted in reliance upon the representations.

PLAINTIFFS' ORIGINAL PETITION

15. Plaintiff has suffered injury and damage as the result of the actions taken by Plaintiff's clients and customers in reliance upon these false material representations.

16. Defendant's acts alleged above were willful, wanton, malicious and oppressive, and were undertaken with intent to defraud, and justify the awarding of exemplary and punitive damages against Defendant.

### SECOND CAUSE OF ACTION

(Intentional Interference with Contractual Relationships and/or

Beneficial Business Relationships)

17. Paragraphs 1-16 are incorporated herein by reference.

18. Contractual relationships and/or beneficial business relationships exist between Plaintiff and its clients and customers.

19. Defendant was aware of the contractual relationships and/or beneficial business relationships that exist between Plaintiff and its clients and customers.

20. Defendant intended to induce one or more of Plaintiff's clients and customers to breach such contractual relationships and/or beneficial business relationships.

21. Defendant engaged in such wrongful conduct through various means, including misrepresentation, fraud and violation of statute, lacking any privilege to so act.

22. Defendant's wrongful conduct was a substantial factor in causing such contractual relationships and/or beneficial business relationships to be breached.

23. Plaintiff suffered damages as a result of Defendant's wrongful conduct.

24. Defendant's acts alleged above were willful, wanton, malicious and oppressive, and were undertaken with intent to defraud, and justify the awarding of exemplary and punitive damages against Defendant.

### THIRD CAUSE OF ACTION

(Breach of Fiduciary Duty by way of

Wrongful Disclosure of Confidential and Privileged Information)

25. Paragraphs 1-24 are incorporated herein by reference.

26. At all relevant times herein, under appropriate law, Defendant owed Plaintiff a duty to keep information regarding Plaintiff's present and prospective business relationships confidential.

27. At all relevant times herein, under appropriate law, a fiduciary relationship existed between Plaintiff and Defendant regarding Plaintiff's present and prospective business relationships.

28. Defendant breached said duties by issuing and serving subpoenas as alleged herein.

WHEREFORE, Plaintiffs request that this Court:

a) Award Plaintiffs damages against Defendant, in an amount according to proof;

b) Award Plaintiffs punitive damages against Defendant, in an amount according to proof;

c) Award Plaintiffs its attorney's fees, costs, and expenses; and,

d) Grant such further relief as this Court deems just and proper.

Respectfully Submitted,

**The Dai Law Firm, PLLC**

By:  /s/ Lingling Dai

Lingling Dai
TBN#24074104
5100 Westheimer Road Suite 200
Houston, Texas 77056
Tel: (832) 324-5291
Fax: (713) 588-2396

ATTORNEY FOR PLAINTIFFS
WORLD LAW PROCESSING, LLC
ORION PROCESSING, LLC



STATE OF TEXAS
COUNTY OF HARRIS

I, Chris Daniel, District Clerk of Harris County, Texas, certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this
August 20, 2014

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS
_____ Deputy